# United States District Court
# Southern District of Texas

## Case Number: H-06-1853

## ATTACHMENT

Description: Memorandum of Law in support of Plts Motion for preliminary injunction

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part __6__ of __11__

☐ Exhibit to: _____
              number(s) / letter(s) _____

Other: _____

_____

_____

Ex B

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 30 and 33

**United States Patent and Trademark Office**

Reg. No. 1,372,630
Registered Nov. 26, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS COFFEE COMPANY (WASHING-
TON CORPORATION)
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: COFFEEPOTS, TEAPOTS, CUPS, MUGS
AND CANISTERS; IN CLASS 21 (U.S. CLS. 2, 13,
30 AND 33).

FIRST USE 11-1-1983; IN COMMERCE
11-1-1983.

OWNER OF U.S. REG. NO. 1,098,925.

SER. NO. 540,784, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY

**EXHIBIT**

**Brewer B**
Men's Wearhouse v
Exclusive Gift Cards



Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**

Reg. No. 1,444,549
Registered June 23, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS COFFEE COMPANY (WASHING-
TON CORPORATION)
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: RETAIL STORE SERVICES AND DIS-
TRIBUTORSHIP SERVICES FOR COFFEE, TEA
AND SPICES; COFFEE CAFE SERVICES, IN
CLASS 42 (U.S. CL. 101).

FIRST USE 3-29-1971; IN COMMERCE
3-29-1971.
OWNER OF U.S. REG. NO. 1,098,925.
SEC. 2(F).

SER. NO. 540,952, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,452,359

## United States Patent and Trademark Office
Registered Aug. 11, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS COFFEE COMPANY (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE AND TEA
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

   FOR: COFFEE, TEA, SPICES, HERB TEA, CHOCOLATE AND COCOA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-29-1971; IN COMMERCE 3-29-1971.

   OWNER OF U.S. REG. NO. 1,098,925.

   SER. NO. 540,953, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY



Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,073,104

Registered June 24, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: WHOLESALE SUPPLY, RETAIL OUTLETS AND MAIL ORDER SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE, TEA, COCOA, COFFEE AND ESPRESSO BEVERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK, POWDERED FLAVORINGS, FLAVORING SYRUPS, BAKED GOODS, INCLUDING MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME, PACKAGED FOODS, SANDWICHES AND PREPARED FOODS, CHOCOLATE AND CONFECTIONERY ITEMS, GRANOLA, DRIED FRUITS, SPREADS, JUICES, SOFT DRINKS, ELECTRIC APPLIANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS, HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS (MADE OF PLASTICS AND/OR CERAMICS), COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS, PAPER AND NON PAPER COFFEE FILTERS, FURNITURE, CLOCKS, TOYS, BOOKS, MUSICAL RECORDINGS, T-SHIRTS, CAPS, SWEATSHIRTS, JACKETS, APRONS AND OTHER CLOTHING ITEMS, AND FOR RESTAURANT, CAFE AND COFFEE HOUSE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.

SER. NO. 74-705,318, FILED 7-24-1995.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cls.: 30 and 32

Prior U.S. Cls.: 45, 46, and 48

Reg. No. 2,086,615

## United States Patent and Trademark Office

Registered Aug. 5, 1997

### TRADEMARK
PRINCIPAL REGISTER

### STARBUCKS

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
2203 AIRPORT WAY SOUTH
P.O. BOX 34067
SEATTLE, WA 981241067

FOR: READY-TO-DRINK COFFEE, READY-TO-DRINK COFFEE BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).
FIRST USE 5-20-1996; IN COMMERCE 5-20-1996.

FOR: COFFEE FLAVORED SOFT DRINKS AND SYRUPS AND EXTRACTS FOR MAKING FLAVORED SOFT DRINKS AND MILK BASED BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).
FIRST USE 7-31-1995; IN COMMERCE 7-31-1995.

SN 75-975,893, FILED 10-18-1994.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,091,940

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: ICE CREAM, SHERBET, SORBET, FLA-VORED ICES AND FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-30-1996; IN COMMERCE 3-30-1996.

OWNER OF U.S. REG. NOS. 1,098,925, 1,893,602, AND OTHERS.

SN 75-001,848, FILED 10-5-1995.

ZHALEH DELANEY, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,176,974

## United States Patent and Trademark Office

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: T-SHIRTS, POLO SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-1993; IN COMMERCE 5-1-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,653, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,176,977

## United States Patent and Trademark Office

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHING-TON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC AND COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,713, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTOR-NEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,178,663

## United States Patent and Trademark Office

Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION
(CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF
STARBUCKS CORPORATION (WASHING-
TON CORPORATION), DBA STARBUCKS
COFFEE COMPANY SEATTLE, WA 98134

FOR: CLOCKS, ALARM CLOCKS, WATCHES
AND WRISTWATCHES, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FIRST USE 5–20–1997; IN COMMERCE
5–20–1997.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104
AND OTHERS.

SER. NO. 75–362,712, FILED 9–24–1997.

DAVID C. REIHNER, EXAMINING ATTOR-
NEY

Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,180,757

Registered Aug. 11, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: ELECTRIC COFFEE GRINDERS FOR DOMESTIC OR COMMERCIAL USE, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 3-1-1993; IN COMMERCE 3-1-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,655, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,180,760

Registered Aug. 11, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: WALLETS, BILLFOLDS, TOTE BAGS, PURSES, BRIEFCASES, BOOK BAGS, BRIEFCASE-TYPE PORTFOLIOS, VALISES AND UM-BRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1993; IN COMMERCE 6-30-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,714, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY



Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

Reg. No. 2,180,761

## United States Patent and Trademark Office

Registered Aug. 11, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: PUBLICATIONS AND PRINTED MATERIALS, NAMELY, NEWSLETTERS AND MAGAZINES FEATURING INFORMATION ABOUT COFFEE AND COFFEE DRINKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-1-1991; IN COMMERCE 2-1-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,715, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 2,189,460

Registered Sep. 15, 1998

## TRADEMARK
## PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER REUSABLE COFFEE FILTERS, COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, BEVERAGE GLASSWARE, DINNERWARE DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-1-1983; IN COMMERCE 11-1-1983.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,654, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY



Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,236,553

## United States Patent and Trademark Office

Registered Apr. 6, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: PRE-RECORDED COMPACT DISCS FEATURING CLASSICAL, JAZZ, CONTEMPORARY, POP, SEASONAL MUSIC, R AND B, SOUL, WORLD, ZYDECO, REGGAE, ROCK, FOLK, AND SHOW TUNES MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-1995; IN COMMERCE 4-1-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,656, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,696,594
Registered Mar. 11, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS

STARBUCKS U.S. BRANDS CORPORATION (CA-
LIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010

FOR: MILK AND MILK PRODUCTS, NAMELY,
PASTEURIZED MILK, SKIM MILK, WHOLE MILK,
FLAVORED MILK, VITAMINIZED MILK, FLAVOR-
ING SYRUPS AND LIQUID AND POWDERED
BEVERAGE MIXES USED TO MAKE MILK-BASED
FOOD BEVERAGES; DAIRY-BASED FOOD BEV-

ERAGES; SOY-BASED FOOD BEVERAGE USED AS
A MILK SUBSTITUTE, IN CLASS 29 (U.S. CL. 46).

FIRST USE 10-23-1987; IN COMMERCE 10-23-1987.

OWNER OF U.S. REG. NOS. 1,372,630, 2,189,460,
AND OTHERS.

SN 76-975,012, FILED 4-28-2000.

CAROLYN GRAY, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,039,849

## United States Patent and Trademark Office

Registered Feb. 25, 1997

### SERVICE MARK
#### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: WHOLESALE SUPPLY, RETAIL OUT-LETS AND MAIL ORDER SERVICES FEATUR-ING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEV-ERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUF-FINS, SCONES, BISCUITS, COOKIES, PAS-TRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; GRANOLA; DRIED FRUITS; SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLI-ANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULAT-ED COFFEE AND BEVERAGE CUPS (MADE OF PLASTICS AND/OR CERAMICS), COL-LAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON PAPER COFFEE FILTERS; FURNITURE; CLOCKS; TOYS; BOOKS; MUSICAL RECORD-INGS; T-SHIRTS, CAPS, SWEATSHIRTS, JACK-ETS, APRONS AND OTHER CLOTHING ITEMS; AND FOR RESTAURANT, CAFE AND COFFEE HOUSE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-29-1971; IN COMMERCE 3-29-1971.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE.", APART FROM THE MARK AS SHOWN.

SER. NO. 74-705,314, FILED 7-24-1995.

ZHALEH DELANEY, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,024,105

Registered Dec. 17, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: T-SHIRTS, POLO SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 11-1-1988; IN COMMERCE 11-1-1988.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-061,641, FILED 2-7-1996.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

Reg. No. 2,102,737

## United States Patent and Trademark Office

Registered Oct. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: MILK, FLAVORED MILK AND MILK-BASED FOOD BEVERAGES, IN CLASS 29 (U.S. CL. 46).
FIRST USE 6-3-1996; IN COMMERCE 6-3-1996.

OWNER OF U.S. REG. NOS. 1,098,925, 1,943,361 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-072,277, FILED 3-13-1996.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cls.: 7 and 16

Prior U.S. Cls.: 2, 5, 13, 19, 21, 22, 23, 29, 31, 34,
35, 37, 38 and 50

Reg. No. 2,047,491

## United States Patent and Trademark Office

Registered Mar. 25, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: POWER OPERATED COFFEE GRINDERS FOR COMMERCIAL AND/OR DOMESTIC USE , IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 3-1-1993; IN COMMERCE 3-1-1993.

FOR: PAPER COFFEE FILTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-10-1993; IN COMMERCE 11-10-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,943,361 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-070,283, FILED 3-11-1996.

SUSAN LESLIE, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,104,933

## United States Patent and Trademark Office

Registered Oct. 14, 1997

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067

FOR: ICE CREAM, SHERBERT, SORBET, MILKSHAKES, FLAVORED ICES AND FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-1995; IN COMMERCE 12-31-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 1,943,361 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-116,661, FILED 6-10-1996.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,236,554

## United States Patent and Trademark Office

Registered Apr. 6, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHING-TON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: PRE-RECORDED COMPACT DISCS FEATURING CLASSICAL, JAZZ, CONTEMPO-RARY, POP, SEASONAL, R AND B, SOUL, WORLD, ZYDECO, REGGAE, ROCK, FOLK, AND SHOW TUNES MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-1995; IN COMMERCE 4-1-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,660, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTOR-NEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,178,662

## United States Patent and Trademark Office

Registered Aug. 4, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC AND COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-362,659, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,178,664

## United States Patent and Trademark Office

Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: CLOCKS, ALARM CLOCKS, WATCHES AND WRISTWATCHES, IN CLASS 14 (U.S. CLS. 27, 28 AND 50).

FIRST USE 5-20-1997; IN COMMERCE 5-20-1997.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,716, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Cl.: 16**

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,178,665

## United States Patent and Trademark Office

Registered Aug. 4, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: PUBLICATIONS AND PRINTED MATERIALS, NAMELY, NEWSLETTERS AND MAGAZINES FEATURING INFORMATION ABOUT COFFEE AND COFFEE DRINKERS, IN

CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-1-1991; IN COMMERCE 2-1-1991.

OWNER OF U.S. REG. NOS. 1,028,925, 2,073,104 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-362,717, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

Reg. No. 2,189,461

## United States Patent and Trademark Office

Registered Sep. 15, 1998

### TRADEMARK
#### PRINCIPAL REGISTER

### STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER REUSABLE COFFEE FILTERS, COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACCUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, BEVERAGE GLASSWARE, DINNEWARE DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS, NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS, AND DECORATIVE STORAGE CONTAINERS FOR FOOD, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 11-1-1983; IN COMMERCE 11-1-1983.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-362,697, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,228,587

## United States Patent and Trademark Office

Registered Mar. 2, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: WALLETS, BILLFOLDS, TOTE BAGS, PURSES, BRIEFCASES, BOOK BAGS, BRIEF-CASE-TYPE PORTFOLIOS, VALISES AND UMBRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1993; IN COMMERCE 6-30-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN

SER. NO. 75-440,833, FILED 2-26-1998

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,184,259

Registered Aug. 25, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: RESTAURANT, CAFE AND COFFEE HOUSE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED TO INDICATE THE COLOR GREEN. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 75-386,843, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY



Cl.: 42

Prior U.S. Cls.: 100 and 101

**Reg. No. 2,227,836**

**United States Patent and Trademark Office** Registered Mar. 2, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: RESTAURANT, CAFE AND COFFEE HOUSE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 OTHERS.

CLAIM IS MADE TO THE EXCLUSIVE RT TO USE "COFFEE", APART FROM ...E MARK AS SHOWN.

THE MARK IS LINED TO INDICATE THE COLOR GREEN.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" AND THE COLOR GREEN, WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425 (C), AND IT IS A FEATURE OF THE MARK.

SER. NO. 75-386,841, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,227,837

## United States Patent and Trademark Office

Registered Mar. 2, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: WHOLESALE DISTRIBUTORSHIPS, RETAIL OUTLETS AND MAIL ORDER SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEVERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; READY-TO-EAT CEREALS; DRIED FRUITS, SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLIANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, IN-SULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON-PAPER COFFEE FILTERS; FURNITURE; WATCHES; CLOCKS; TOYS; BOOKS; MUSICAL RECORDINGS; T-SHIRTS, CAPS, SWEATSHIRTS, JACKETS, APRONS AND OTHER CLOTHING ITEMS; ALL OF THE FOREGOING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED TO INDICATE THE COLOR GREEN. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 75-386,842, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,227,835

## United States Patent and Trademark Office

Registered Mar. 2, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS COFFEE

STARBUCKS U.S. BRANDS CORPORATION
(CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: WHOLESALE DISTRIBUTORSHIPS, RETAIL OUTLETS AND MAIL ORDER SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEVERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; READY-TO-EAT CEREALS; DRIED FRUITS; SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLIANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, COLLAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON-PAPER COFFEE FILTERS; FURNITURE; WATCHES; CLOCKS; TOYS; BOOKS; MUSICAL RECORDINGS; T-SHIRTS, CAPS, SWEATSHIRTS, JACKETS, APRONS AND OTHER CLOTHING ITEMS; ALL OF THE FOREGOING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED TO INDICATE THE COLOR GREEN.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" AND THE COLOR GREEN, WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425 (C), AND IT IS A FEATURE OF THE MARK.

SER. NO. 75-386,840, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,035,005

Registered Feb. 4, 1997

## SERVICE MARK
### PRINCIPAL REGISTER

# STARBUCKS COFFEE

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
P.O. BOX 34067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981241067 .

FOR: WHOLESALE SUPPLY, RETAIL OUT-LETS AND MAIL ORDER SERVICES FEATUR-ING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEV-ERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUF-FINS, SCONES, BISCUITS, COOKIES, PAS-TRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; GRANOLA; DRIED FRUITS; SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLI-ANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULAT-ED COFFEE AND BEVERAGE CUPS (MADE OF PLASTICS AND/OR CERAMICS), COL-LAPSIBLE CUP CARRIERS AND CADDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON PAPER COFFEE FILTERS; FURNITURE; CLOCKS; TOYS; BOOKS; MUSICAL RECORD-INGS; T-SHIRTS, CAPS, SWEATSHIRTS, JACK-ETS, APRONS AND OTHER CLOTHING ITEMS; AND FOR RESTAURANT, CAFE AND COFFEE HOUSE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 8-31-1991; IN COMMERCE 8-31-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 74-705,315, FILED 7-24-1995.

ZHALEH DELANEY, EXAMINING ATTOR-NEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,177,000

## United States Patent and Trademark Office

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS BARISTA

STARBUCKS U.S. BRANDS CORPORATION, (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC AND/OR COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 10–29–1997; IN COMMERCE 10–29–1997.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD "BARISTA" IN THE MARK IS "BARMAN" OR "BARMAID".

SER. NO. 75–372,701, FILED 10–14–1997.

DAVID C. REIHNER, EXAMINING ATTOR-NEY



Int. Cl.: 7

Prior U.S. Cls.: 13, 19, 21, 23, 31, 34 and 35

**United States Patent and Trademark Office**

Reg. No. 2,475,540
Registered Aug. 7, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS BARISTA

STARBUCKS U.S. BRANDS CORPORATION (CA-
LIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: ELECTRIC COFFEE GRINDERS FOR DO-
MESTIC OR COMMERCIAL, IN CLASS 7 (U.S. CLS.
13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 10-31-1998; IN COMMERCE 10-31-1998.

OWNER OF U.S. REG. NOS. 2,177,000 AND
2,282,913.

THE ENGLISH TRANSLATION OF THE WORD
"BARISTA" IN THE MARK IS "BARMAN" OR
"BARMAID".

SER. NO. 76-036,089, FILED 4-27-2000.

RICHARD A. STRASER, EXAMINING ATTORNEY



Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**United States Patent and Trademark Office**

**Reg. No. 2,282,913**

Registered Oct. 5, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## STARBUCKS BARISTA ZIA

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC AND/OR COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 2-10-1998; IN COMMERCE 2-10-1998.

THE ENGLISH TRANSLATION OF "BARISTA" IN THE MARK IS "BARMAN" OR "BARMAID". THE WORD "ZIA" IS A COINED WORD.

SER. NO. 75-469,366, FILED 4-17-1998.

DAVID C. REIHNER, EXAMINING ATTORNEY

**Int. Cls.: 30, 31 and 42**

**Prior U.S. Cls.: 46, 100 and 101**

Reg. No. 1,417,602

## United States Patent and Trademark Office

Registered Nov. 18, 1986

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS COFFEE COMPANY (WASHING-
TON CORPORATION)
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98124

FOR: COFFEE, TEA, SPICES, HERB TEA,
CHOCOLATE, AND COCOA, IN CLASS 30 (U.S.
CL. 46).
FIRST USE 3-29-1971; IN COMMERCE
3-29-1971.
FOR: UNPOPPED POPCORN, IN CLASS 31
(U.S. CL. 46).
FIRST USE 3-29-1971; IN COMMERCE
3-29-1971.

FOR: COFFEE BAR SERVICES, AND
COFFEE DISTRIBUTION SERVICES, AND
RETAIL STORE SERVICES, IN CLASS 42 (U.S.
CLS. 100 AND 101).
FIRST USE 3-29-1971; IN COMMERCE
3-29-1971.
OWNER OF U.S. REG. NO. 1,098,925.
THE STIPPLING SHOWN IN THE DRAWING
OF THE MARK IS FOR SHADING PURPOSES
ONLY.

SER. NO. 540,824, FILED 6-3-1985.

ROGER KATZ, EXAMINING ATTORNEY



t. Cls.: 30 and 42

Prior U.S. Cls.: 46 and 100

Reg. No. 1,542,775

## United States Patent and Trademark Office
Registered June 6, 1989

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON
CORPORATION), DBA STARBUCKS COFFEE
COMPANY
2010 AIRPORT WAY SOUTH
SEATTLE, WA 98134

FOR: COFFEE, IN CLASS 30 (U.S. CL. 46).
FIRST USE 10-23-1987; IN COMMERCE
10-23-1987.
FOR: RESTAURANT SERVICES FEATUR-
ING COFFEE AND ESPRESSO BEVERAGES
AND ALSO SERVING SANDWICHES AND
BREAKFASTS, IN CLASS 42 (U.S. CL. 100).

FIRST USE 10-23-1987; IN COMMERCE
10-23-1987.
OWNER OF U.S. REG. NOS. 1,417,602 AND
1,452,329.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "COFFEE", APART FROM
THE MARK AS SHOWN.

SER. NO. 701,713, FILED 1-11-1988.

JERRY L. PRICE, EXAMINING ATTORNEY

Int. Cls.: 21, 30 and 42
Prior U.S. Cls.: 2, 13, 21, 23, 30, 46, 50,
    100 and 101

Reg. No. 1,815,937

# United States Patent and Trademark Office

Registered Jan. 11, 1994

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON
    CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: HAND OPERATED COFFEE GRIND-
ERS AND COFFEE MILLS, NON ELECTRIC
COFFEE MAKERS, INSULATED CUPS, REUS-
ABLE NON PAPER COFFEE FILTERS, BEVER-
AGE STOWAWAYS (CUP HOLDERS FOR USE
ON CAR AND BOAT DASHBOARDS), NON
PAPER COASTERS, THERMAL INSULATED
BOTTLES, AND HOUSEWARES; NAMELY,
COFFEE CUPS, NON ELECTRIC COFFEE
POTS NOT OF PRECIOUS METAL, CUPS,
MUGS, DISHES, TRIVETS, AND CANISTERS,
IN CLASS 21 (U.S. CLS. 2, 13, 21, 23, 30 AND 50).

FIRST USE 10-20-1992; IN COMMERCE
10-20-1992.
FOR: GROUND AND WHOLE BEAN
COFFEE, COCOA, TEA, POWDERED CHOCO-
LATE AND POWDERED VANILLA, MUFFINS,
PASTRIES, COOKIES, BREADS, GRANOLA,
AND CANDY; NAMELY, CHOCOLATES,
CHOCOLATE COVERED COFFEE BEANS,
CHOCOLATE COVERED CHERRIES, AND
CHOCOLATE COVERED ALMONDS, IN
CLASS 30 (U.S. CL. 46).
FIRST USE 9-1-1992; IN COMMERCE
9-1-1992.
FOR: RETAIL STORE SERVICES FEATUR-
ING OF ALL OF THE ABOVE GOODS AS
WELL AS DECORATIVE MAGNETS, PAPER
COFFEE FILTERS, AND ELECTRIC APPLI-
ANCES; NAMELY, POWER OPERATED

Int. Cls.: 21, 30 and 42

Prior U.S. Cls.: 2, 13, 23, 30, 46, 100 and 101

**United States Patent and Trademark Office**  Reg. No. 1,815,938
Registered Jan. 11, 1994

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION)
1203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: HAND OPERATED COFFEE GRINDERS AND COFFEE MILLS, NON ELECTRIC COFFEE MAKER; INSULATED CUPS, REUSABLE NON PAPER COFFEE FILTERS, BEVERAGE STOWAWAYS (CUP HOLDERS FOR USE ON CAR AND BOAT DASHBOARDS), NON PAPER COASTERS, THERMAL INSULATED BOTTLES AND HOUSEWARES, NAMELY, COFFEE CUPS, NON ELECTRIC COFFEE POTS NOT OF PRECIOUS METAL, CUPS, MUGS, DISHES, TRIVETS, AND CANISTERS, IN CLASS 23 (U.S. CLS. 2, 13, 23 AND 30).

FIRST USE 10-30-1992; IN COMMERCE 10-30-1992.

FOR: GROUND AND WHOLE BEAN COFFEE, COCOA, TEA, POWDERED CHOCOLATE AND POWDERED VANILLA, MUFFINS, PASTRIES, COOKIES, BREADS, GRANOLA, AND CANDY, NAMELY, CHOCOLATES, CHOCOLATE COVERED COFFEE BEANS, CHOCOLATE COVERED CHERRIES, AND CHOCOLATE COVERED ALMONDS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 9-1-1992; IN COMMERCE 9-1-1992.

FOR: RETAIL STORE SERVICES FEATURING THE ABOVE GOODS AS WELL AS DECORATIVE MAGNETS, PAPER COFFEE FILTERS, AND ELECTRIC APPLIANCES, NAMELY, POWER OPERATED COFFEE

Int. Cls.: 7 and 16

Prior U.S. Cls.: 23 and 31

Reg. No. 1,891,561

United States Patent and Trademark Office      Registered Apr. 25, 1995

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2200 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: POWER OPERATED COFFEE GRINDERS, IN CLASS 7 (U.S. CL. 23).
FIRST USE 3-1-1994; IN COMMERCE 3-1-1994.
FOR: PAPER COFFEE FILTERS, IN CLASS 16 (U.S. CL. 31).
FIRST USE 11-10-1993; IN COMMERCE 11-10-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,542,775, AND OTHERS.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.
THE MARK IS LINED TO INDICATE THE COLOR GREEN. COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

SN 74-802,149, FILED 1-15-1993.

RICHARD A. STRASER, EXAMINING ATTORNEY