# United States District Court Southern District of Texas

## Case Number:  H-06-1853

## ATTACHMENT

Description: Memorandum of Law in support of
Plts Motion for preliminary injunction

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part ___7___ of ___8 11___

☐ Exhibit to: _____
              number(s) / letter(s) _____

Other: _____

_____

_____

Int. Cl.: 16

Prior U.S. Cl.: 31

Reg. No. 1,893,602

## United States Patent and Trademark Office

Registered May 9, 1995

## TRADEMARK
### PRINCIPAL REGISTER



STARDUCKS CORPORATION (WASHINGTON CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: PAPER COFFEE FILTERS, IN CLASS 16 (U.S. CL. 31).
FIRST USE 11-11-1993; IN COMMERCE 11-11-1993.
OWNER OF U.S. REG. NOS. 1,091,925, 1,542,775, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.
THE MARK IS LINED TO INDICATE THE COLOR GREEN. COLOR IS CLAIMED AS A FEATURE OF THE MARK.

SN 74-348,806, FILED 1-15-1993.

RICHARD A. STRASER, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 45

Reg. No. 1,943,361

## United States Patent and Trademark Office    Registered Dec. 26, 1995

### TRADEMARK
#### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: FLAVORING SYRUPS FOR BEVER-AGES, IN CLASS 30 (U.S. CL. 45 .

FIRST USE: 6-30-1993; IN COMMERCE 6-30-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,758,589 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE" , APART FROM THE MARK AS SHOWN.

SER. NO. 74-416,608, FILED 7-26-1993.

RICHARD A. STRASER, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,028,943

## United States Patent and Trademark Office

Registered Jan. 7, 1997

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2401 UTAH AVENUE SOUTH
SEATTLE, WA 98124-4067

FOR: T-SHIRTS, POLO SHIRTS, SWEAT-SHIRTS, CAPS, HATS, JACKETS, SHORTS AND APRONS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-1993; IN COMMERCE 5-1-1993.

OWNER OF U.S. REG. NOS. 1,098,925, 1,891,561 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-061,642, FILED 2-7-1996.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,030,878

United States Patent and Trademark Office

Registered Jan. 14, 1997

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION), D/A STARBUCKS COFFEE COMPANY,
2203 AIRPORT WAY SOUTH
P.O. BOX 34067
SEATTLE, WA 981240-67

FOR: TOYS, NAMELY TRAINS, TRUCKS AND MODEL SIZE TRANSPORTATION VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-30-1995; IN COMMERCE 11-30-1995.

THE LINING SHOWN IN THE DRAWING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SN 74-654,054, FILED 2-14-1995.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,091,941

### United States Patent and Trademark Office

Registered Aug. 26, 1997

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY,
P.O. BOX 4067
2401 UTAH AVENUE SOUTH
SEATTLE, WA 981341067

FOR: ICE CREAM, FLAVORED ICES AND FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-30-1996; IN COMMERCE 1-30-1996.

OWNER OF U.S. REG. NOS. 1,098,925, 1,444,549, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SN 75-001,849, FILED 10-5-1995.

ZHALEH DELANEY, EXAMINING ATTORNEY

Int. Cls.: 30 and 32

Prior U.S. Cls.: 45, 46, and 48

Reg. No. 2,120,653

## United States Patent and Trademark Office

Registered Dec. 9, 1997

### TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS CORPORATION (WASHINGTON CORPORATION) DBA STARBUCKS COFFEE COMPANY.
2203 AIRPORT WAY SOUTH
P.O. BOX 34067
SEATTLE, WA 981-41067

FOR: READY-TO-DRINK COFFEE, READY-TO-DRINK COFFEE BASED BEVERAGES, IN CLASS 30 (U.S. CL. 46).
FIRST USE 7-31-1995; IN COMMERCE 7-31-1995.
FOR: COFFEE-FLAVORED SOFT DRINK, FLAVORED SOFT DRINKS AND SYRUPS

AND EXTRACTS FOR MAKING THE FOREGOING, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).
FIRST USE 7-31-1995; IN COMMERCE 7-31-1995.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.
THE LINING IN THE DRAWING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SN 75-976,499, FILED 10-18-1994.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 2,176,975

Registered July 28, 1998

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
333 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: CLOCKS, ALARM CLOCKS, WATCHES AND WRISTWATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 5-20-1997; IN COMMERCE 5-20-1997.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,657, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

Reg. No. 2,176,976

United States Patent and Trademark Office     Registered July 28, 1998

# TRADEMARK
## PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94110 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 94134

FOR: ELECTRICAL APPLIANCES, NAMELY, ESPRESSO MAKERS AND COFFEE MAKERS FOR DOMESTIC AND COMMERCIAL USE, IN CLASS 11 (U.S. CLS. 13, 2 , 23, 31 AND 34).

FIRST USE 11-1-1995; IN COMMERCE 11-1-1995.

OWNER OF U.S. REG. NOS. 1,078,925, 2,073,104 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-362,662, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: **16**

Prior U.S. Cl.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,180,758

## United States Patent and Trademark Office

Registered Apr. 11, 1998

### TRADEMARK
#### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
511 AIRPORT BOULEVARD
SUITE 410
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: PUBLICATIONS AND PRINTED MATERIALS, NAMELY, NEWSLETTERS AND MAGAZINES FEATURING INFORMATION ABOUT COFFEE AND COFFEE DRINKERS, IN

CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-1-1991; IN COMMERCE 2-1-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

SER. NO. 75-362,658, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls. 1, 2, 3, 22 and 41

Reg. No. 2,180,759

## United States Patent and Trademark Office

Registered Aug. 11, 1998

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION) 333 AIRPORT BOULEVARD SUITE 400 BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: WALLETS, BILLFOLDS, TOTE BAGS, PURSES, BRIEFCASES, BOOK BAGS, BRIEF-CASE TYPE PORTFOLIOS, VALISES AND UM-BRELLAS, ALL MADE OF CLOTH, PLASTIC OR LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1992; IN COMMERCE 6-30-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

SER. NO. 75-362,698, FILED 9-24-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,266,351

## United States Patent and Trademark Office

Registered Aug. 3, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE; COCOA; HERBAL AND NON-HERBAL TEAS; COFFEE, TEA, COCOA AND ESPRESSO BEVERAGES, AND BEVERAGES MADE WITH A BASE OF COFFEE AND/OR ESPRESSO, INSTANT COFFEE AND COFFEE SUBSTITUTES; READY-TO-DRINK COFFEE BEVERAGES; LIQUID AND POWDERED BEVERAGE MIXES; POWDERED FLAVORINGS; FLAVORING SYRUPS FOR BEVERAGES; BAKED GOODS, NAMELY, MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES AND BREADS AND READY-TO-MAKE MIXES OF THE SAME; ICE CREAM AND FROZEN CONFECTIONS; CHOCOLATE; CANDY AND CONFECTIONS AND READY-TO-EAT CEREALS;

ALL OF THE FOREGOING GOODS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE COFFEE, APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS, THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,266,352

## United States Patent and Trademark Office

Registered Aug. 3, 1999

### SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: RESTAURANT, CAFE AND COFFEE HOUSE SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-20-1992; IN COMMERCE 10-20-1992.

OWNER OF U.S. REG. NOS. 1,098,925, 2,091,941 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COFFEE", APART FROM THE MARK AS SHOWN.

THE MARK IS LINED FOR THE COLOR GREEN, AND THE COLOR GREEN IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS. THE COLOR GREEN WHICH IS IN THE NATURE OF EMERALD GREEN, PMS COLOR 3425(C), AND DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SER. NO. 75-386,496, FILED 11-7-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,277,174

## United States Patent and Trademark Office

Registered Sep. 14, 1999

## TRADEMARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
555 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: PRE-RECORDED COMPACT DISCS FEATURING CLASSICAL JAZZ, CONTEMPORARY, POP, SEASONAL MUSIC, R AND B, SOUL, WORLD ZYDECO, REGGAE, ROCK, FOLK, AND SHOW TUNES MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-1-1995; IN COMMERCE 4-1-1995.

OWNER OF U.S. REG. NOS. 1,098,925, 2,073,104 AND OTHERS.

THE MARK CONSISTS OF THE WORDING "STARBUCKS COFFEE" IN A CIRCULAR SEAL WITH TWO STARS AND DESIGN OF A SIREN (A TWO-TAILED MERMAID) WEARING A CROWN.

SER. NO. 75-362,661, FILED 9-24-1997.

DAVID C. REISNER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,325,182

Registered Mar. 7, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: WHOLESALE DISTRIBUTORSHIPS, RETAIL OUTLETS AND MAIL ORDER SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE; TEA; COCOA; COFFEE AND ESPRESSO BEVERAGES AND BEVERAGES MADE WITH A BASE OF COFFEE, ESPRESSO, AND/OR MILK; POWDERED MILK; POWDERED FLAVORINGS; FLAVORING SYRUPS; BAKED GOODS, INCLUDING MUFFINS, SCONES, BISCUITS, COOKIES, PASTRIES, CAKES AND BREADS, AND READY-TO-MAKE MIXES OF THE SAME; PACKAGED FOODS; SANDWICHES AND PREPARED FOODS; CHOCOLATE AND CONFECTIONERY ITEMS; READY-TO-EAT CEREALS; DRIED FRUITS, SPREADS; JUICES; SOFT DRINKS; ELECTRIC APPLIANCES, NAMELY, KETTLES, COFFEE MAKERS, ESPRESSO MAKERS AND COFFEE GRINDERS; HOUSEWARES, NON-ELECTRIC APPLIANCES AND RELATED ITEMS, NAMELY, HAND-OPERATED COFFEE GRINDERS AND COFFEE MILLS, INSULATED COFFEE AND BEVERAGE CUPS, COLLAPSIBLE CUP CARRIERS AND CANDIES, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS, MUGS, GLASSWARE, DISHES, PLATES AND BOWLS, TRIVETS, STORAGE CANNISTERS, NON-ELECTRIC DRIP COFFEE MAKERS AND NON-ELECTRIC PLUNGER-STYLE COFFEE MAKERS; PAPER AND NON-PAPER COFFEE FILTERS; FURNITURE; WATCHES; CLOCKS; TOYS; BOOKS; MUSICAL RECORDINGS; T-SHIRTS, CAPS, SWEAT-SHIRTS, JACKETS, APRONS AND OTHER CLOTHING ITEMS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,098,925

United States Patent and Trademark Office

Registered Aug. 8, 1978

10 Year Renewal

Renewal Term Begins Aug. 8, 1998

## TRADEMARK
## PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORA-
TION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010, BY ASSIGN-
MENT, ASSIGNMENT, MERGER AND
ASSIGNMENT FROM STARBUCK'S
COFFEE COMPANY (WASHINGTON
CORPORATION) SEATTLE, WA

APPLICANT CLAIMS NO EXCLUSIVE
RIGHTS IN THE WORDS "COFFEE,"
"TEA" AND "SPICES" AS THE NAMES
OF THE GOODS IDENTIFIED HEREIN.

FOR: COFFEE, TEA, SPICES AND
COCOA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-29-1971; IN COMMERCE
3-29-1971.

SER. NO. 73-093,437, FILED 7-14-1976.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 24, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,553,708

## United States Patent and Trademark Office

Registered Mar. 26, 2002

### TRADEMARK
#### PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CA-
LIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: GROUND AND WHOLE BEAN COFFEE, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 5-0-2000; IN COMMERCE 5-0-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "ROASTED BY", "COFFEE CO.",
"CUSTOM ROAST" AND "TRADE MARK", APART
FROM THE MARK AS SHOWN.

SN 75-932,203, FILED 2-28-2000.

CYNTHIA CROCKETT, EXAMINING ATTORNEY

Int. Cl.: 29

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,696,192
Registered Mar. 11, 2003

## TRADEMARK
## PRINCIPAL REGISTER



STARBUCKS U.S. BRANDS CORPORATION (CA-
LIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010

FOR: MILK AND MILK PRODUCTS, NAMELY,
PASTEURIZED MILK, SKIM MILK, WHOLE MILK,
FLAVORED MILK, VITAMINIZED MILK, FLAVOR-
ING SYRUPS AND LIQUID AND POWDERED
BEVERAGE MIXES USED TO MAKE MILK-BASED
FOOD BEVERAGES; DAIRY-BASED FOOD BEV-
ERAGES; SOY-BASED FOOD BEVERAGE USED AS
A MILK SUBSTITUTE, IN CLASS 29 (U.S. CL. 46)

FIRST USE 10-23-1987; IN COMMERCE 10-23-1987.

OWNER OF U.S. REG. NOS. 1,542,775, 2,277,174,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "COFFEE", APART FROM THE
MARK AS SHOWN.

SN 75-982,978, FILED 4-28-2000.

CAROLYN GRAY, EXAMINING ATTORNEY



**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

## United States Patent and Trademark Office

**Reg. No. 2,227,639**

Registered Mar. 2, 1999

### SERVICE MARK
#### PRINCIPAL REGISTER

## STARBUCKS ENCORE

STARBUCKS U.S. BRANDS CORPORATION (CALIFORNIA CORPORATION)
533 AIRPORT BOULEVARD
SUITE 400
BURLINGAME, CA 94010 , ASSIGNEE OF STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY SEATTLE, WA 98134

FOR: MAIL ORDER AND COMPUTER ONLINE ORDERING SERVICES FEATURING COFFEE, TEA, BEVERAGE BREWING EQUIPMENT AND UTENSILS, COFFEE STORAGE EQUIPMENT AND UTENSILS, INSULATED COFFEE AND BEVERAGE CUPS, NON-PAPER COASTERS, INSULATED VACUUM BOTTLES, COFFEE CUPS, TEA CUPS AND MUGS, GLASS BEVERAGEWARE, DISHES, PLATES, BOWLS, TRIVETS, AND STORAGE CANISTERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-24-1994; IN COMMERCE 1-24-1994.

OWNER OF U.S. REG. NOS. 1,098,925, 1,943,361 AND OTHERS.

SER. NO. 75-362,580, FILED 9-25-1997.

DAVID C. REIHNER, EXAMINING ATTORNEY

Int. Cls.: 30 and 42

Prior U.S. Cls.: 46, 100 and 101

Reg. No. 1,758,589

**United States Patent and Trademark Office** Registered Mar. 16, 1993

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## STARBUCKS ON ICE

STARBUCKS CORPORATION (WASHINGTON CORPORATION)
2203 AIRPORT WAY SOUTH, SUITE 650
SEATTLE, WA 98134

FOR: GROUND AND WHOLE BEAN COFFEE, TEA; AND COFFEE, TEA AND ESPRESSO BEVERAGES FOR CONSUMPTION ON OR OFF THE PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 6-1-1986; IN COMMERCE 6-1-1986.

FOR: RETAIL STORE SERVICES FEATURING GROUND AND WHOLE BEAN COFFEE, COFFEE, TEA AND ESPRESSO BEVERAGES,

BAKED GOODS, COFFEE GRINDERS, COFFEE MAKERS, ESPRESSO MACHINES, AND HOUSEWARES; AND, FOR RESTAURANT SERVICES; NAMELY, COFFEE CAFE SERVICES FEATURING COFFEE AND ESPRESSO BEVERAGES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-1-1986; IN COMMERCE 6-1-1986.

OWNER OF U.S. REG. NOS. 1,098,925, 1,542,775 AND OTHERS.

SER. NO. 74-296,783, FILED 7-23-1992.

MARK T. MULLEN, EXAMINING ATTORNEY



Int. Cls.: **30 and 40**

Prior U.S. Cls.: **46, 100 and 106**

Reg. No. 1,821,547

## United States Patent and Trademark Office

Registered Feb. 15, 1994

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## STARBUCKS ROAST

STARBUCKS CORPORATION (WASHINGTON CORPORATION), DBA STARBUCKS COFFEE COMPANY
2203 AIRPORT WAY SOUTH. SUITE 650
SEATTLE, WA 98134

FOR: DARK ROAST WHOLE BEAN COFFEE AND COFFEE BLENDS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-1-1991; IN COMMERCE 11-1-1991.

FOR: COFFEE ROASTING AND PROCESS-ING SERVICES WHICH EMPLOY COFFEE ROASTING TO PRODUCE A DISTINCTIVE, DARK ROAST COFFEE, IN CLASS 40 (U.S. CLS. 100 AND 106).

FIRST USE 11-1-1991; IN COMMERCE 11-1-1991.

OWNER OF U.S. REG. NOS. 1,098,925, 1,732,630 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROAST", APART FROM THE MARK AS SHOWN.

SER. NO. 74-276,676, FILED 5-18-1992.

LAURIE WHITAKER, EXAMINING ATTOR-NEY

Int. Cls.: 29, 30, and 32

Prior U.S. Cls.: 45, 46, and 48

## United States Patent and Trademark Office

Reg. No. 2,839,122
Registered May 4, 2004

## TRADEMARK
## PRINCIPAL REGISTER

## STARBUCKS DOUBLESHOT

STARBUCKS U.S. BRANDS CORPORATION (CA-
LIFORNIA CORPORATION)
533 AIRPORT BOULEVARD, SUITE 400
BURLINGAME, CA 94010

FOR: FLAVORED MILK, MILK BASED FOOD
BEVERAGES, EXCLUDING MILKSHAKES, AND
NON-CARBONATED MILK-BASED SOFT DRINKS,
IN CLASS 29 (U.S. CL. 46).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: COFFEE AND ESPRESSO BEVERAGES,
BEVERAGES MADE WITH A BASE OF COFFEE
AND/OR ESPRESSO, IN CLASS 30 (U.S. CL. 46).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: NON-CARBONATED SOFT DRINKS, IN
CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

OWNER OF U.S. REG. NOS. 1,372,630, 1,452,359,
AND OTHERS.

SN 76-976,409, FILED 8-15-2001.

INGRID C. EULIN, EXAMINING ATTORNEY