AO 440 (Rev. 10/93) Summons in a Civil Action        06-1853

United States Courts
Southern District of Texas
FILED
JUL 0 3 2006

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 12, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jonathan Levy | Process Server #887, Palm Beach County, FL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 6001 Broken Sound Pkwy, Suite 200
Exclusive Gift Cards                                    Boca Raton, FL 33487

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Initially this service was directed to 13900 Jog Rd Suite 203-251, Delray Beach, FL. The designated address is a private Mailbox. Ms. Diana Saytana accepted service as designated agent.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-30-2006
                    Date            Signature of Server

                                    Address of Server

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

O 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    Texas

THE MEN'S WEARHOUSE, INC., TMW MARKETING
COMPANY, INC., STARBUCKS CORPORATION, AND
STARBUCKS U.S. BRANDS, L.L.C.

**SUMMONS IN A CIVIL CASE**

V.

EXCLUSIVE GIFT CARDS, NIU TECH, L.L.C. AND JOHN
DOES 1-10

CASE NUMBER:

TO: (Name and address of Defendant)

Exclusive Gift Cards
13900 Jog Road, Suite 203 - 251
Delray Beach, Florida 33446

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. Mings
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010

answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby
_____         _____
CLERK                                                                      DATE

(By) DEPUTY CLERK