UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 2 6 2006

Michael N. Milby, Clerk

| | |
|---|---|
| THE MEN'S WEARHOUSE, INC., TMW MARKETING COMPANY, INC., STARBUCKS CORPORATION, and STARBUCKS U.S. BRANDS L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>EXCLUSIVE GIFT CARDS, NIU TECH L.L.C. and JOHN DOES NO. 1-10,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No.: H-06-1853 |

## NOTICE OF DISMISSAL

This case is dismissed with prejudice pursuant to Rule 41(a).

Dated: September 26, 2006

FULBRIGHT & JAWORSKI L.L.P.

John M. Mings
Southern District Admission No. 12374
Texas State Bar No. 14176900
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorney for Plaintiffs' The Men's Wearhouse, Inc., TMW Marketing Company, Inc., Starbucks Corporation; and Starbucks U.S. Brands L.L.C.

OF COUNSEL:
Fulbright & Jaworski L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

This hereby certifies that this Notice of Dismissal, was served to the following by Certified Mail, Return Receipt Requested, on the 26th day of September, 2006:

G. Donovan Conwell, Jr.
Dineen Pashoukos Wasylik
Conwell Sukhia & Kirkpatrick, LLP
2701 North Rock Point Drive, Suite 1200
Tampa, FL  33607


Charles L. Stinneford
Gordon Arata McCollam Duplantis & Eagan, LLP
2200 West Loop South, Suite 1050
Houston, Texas 77027

_____

25699453.1

- 3 -